IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00075-WJM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CORY BRANDON SHERMAN,

     Defendant.

---

# ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**.

     This criminal action comes before the Court on the prosecution's Motion for Revocation of Release and for Forfeiture of Bond for Failure to Comply with Pre-Trial Release Conditions, or in the Alternative, for Hearing Addressing Conditions of Release. This motion was heard in court on July 9, 2013. Due to no fault of Defendant, current technology is inadequate to maintain Defendant on electronic monitoring as previously ordered by the Court. Once suitable arrangements can be made for residence in the city of Salida, Colorado, such monitoring will be possible according to the United States Probation Office. Until that time, Defendant is remanded to the custody of the United States Marshal, for the reason that, by clear and convincing evidence, no condition or combination of conditions of release currently exists for assuring the safety of the community.

     SO ORDERED.

     DATED and ENTERED this 11th day of July, 2013, in Denver, Colorado.

                    By the Court:

                    S/Michael E. Hegarty
                    Michael E. Hegarty
                    United States Magistrate Judge