IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 13-cr-00075-WJM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

CORY BRANDON SHERMAN,

      Defendant.

---

# ORDER

---

**Michael E. Hegarty, United States Magistrate Judge**.

      In light of the Court's July 11, 2013 order remanding the Defendant to the custody of the United States Marshal, the Court directs the Clerk of the Court to refund the $100,000 cash bond tendered by Bradley Sherman on behalf of the Defendant.  At this time, the parties agree that the Defendant shall remain in custody during the pendency of this criminal action. However, the Defendant may request reconsideration of detention should his position change.

      SO ORDERED.

      DATED and ENTERED this 13th day of August, 2013, in Denver, Colorado.

                      By the Court:

                      _S/Michael E. Hegarty_____
                      Michael E. Hegarty
                      United States Magistrate Judge